An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GENENTECH, INC., A DELAWARE CORPORATION; AND F. HOFFMANN-LA ROCHE LTD., A SWISS CORPORATION, <br> Appellants, <br> vs. <br> PDL BIOPHARMA, INC., A DELAWARE CORPORATION, <br> Respondent. | No. 63111 <br><br> **FILED** <br><br> JUN 11 2013 <br><br> TRACIE K. LINDEMAN <br> CLERK OF SUPREME COURT <br> BY_____ <br> DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Appellants' motion to voluntarily dismiss this appeal, with the parties to bear their own costs and attorney fees, is granted. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. David A. Hardy, District Judge
       Williams & Connolly LLP
       Lewis & Roca, LLP/Las Vegas
       Lionel Sawyer & Collins/Reno
       Irell & Manella, LLP
       Parsons Behle & Latimer/Reno
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17005